SOUTH END PLAZA ASSOCIATION, INC. *v.* CHRIS L. JOHNSON ET AL.

The petition for certification by the defendants, Chris L. Johnson and Corrine J. Johnson, for appeal from the Appellate Court, 62 Conn. App. 462 (AC 20403), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Steven M. Olivo*, in support of the petition.

*Matthew N. Perlstein*, in opposition.

Decided May 30, 2001

BRUCE MERLIN *v.* LABOR FORCE OF AMERICA, INC., ET AL.

The defendant Roman Skolozdra & Associates' petition for certification for appeal from the Appellate Court, 62 Conn. App. 906 (AC 20406), is denied.

*James D. Moran, Jr.*, in support of the petition.

Decided May 30, 2001

NEW HAVEN PLAZA ASSOCIATES ET AL. *v.* CITY OF NEW HAVEN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 62 Conn. App. 908 (AC 20417), is denied.

*Jonathan J. Einhorn*, in support of the petition.

Decided May 30, 2001